MICHAEL HOFFMAN, BAR NO. 162496
KATHRYN M. WEEKS, BAR NO. 255945
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA  94104
Telephone:  415.433.1414
Facsimile:   415.520.0446
Email:        mhoffman@arenahoffman.com

Attorneys for Defendants
AUTOZONE STORES LLC, formerly known as AUTOZONE STORES, INC.; AUTOZONE PARTS, INC.; and AUTOZONE WEST LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID "JAMIE" AYDELOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOZONE STORES, INC. dba AUTOZONE; AUTOZONE PARTS, INC. dba AUTOZONE; and AUTOZONE WEST LLC dba AUTOZONE; and DOES 1-50,<br><br>　　　　　Defendants. | **Case No.  3:15-cv-03917 KAW**<br><br>**STIPULATON AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Hon. Kandis A. Westmore |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

　　IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their attorneys of record and subject to Court approval, to the following:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**　　　1.　　　Case No. 3:15-cv-03917 KAW

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104
415.433.1414

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendants agree to dismissal of the action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated:  November 12, 2015

/S/  Beth W. Mora
BETH W. MORA
MORA EMPLOYMENT LAW, A P.C.
Attorneys for Plaintiff DAVID "JAMIE" AYDELOTT

Dated:  November 12, 2015

/S/  Michael Hoffman
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for Defendants
AUTOZONE STORES LLC, formerly known as AUTOZONE STORES, INC.; AUTOZONE PARTS, INC.; and AUTOZONE WEST LLC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 11/20/15

KANDIS A. WESTMORE
United States Magistrate Judge

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104
415.433.1414

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL     2.     Case No. 3:15-cv-03917 KAW